```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                           Case No. 13-03949-RNO
William Paul Myers                                               Chapter 13
Lisa Faye Myers
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: CKovach          Page 1 of 1          Date Rcvd: May 03, 2017
                              Form ID: pdf010        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 05, 2017.
db/jdb         +William Paul Myers,    Lisa Faye Myers,    3 Scotch Trail,    Fairfield, PA 17320-9719

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2017                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 3, 2017 at the address(es) listed below:
              Ann E. Swartz    on behalf of Creditor   Navy Federal Credit Union ASwartz@mwc-law.com,
               ecfmail@mwc-law.com
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James P Sheppard    on behalf of Joint Debtor Lisa Faye Myers jamespsheppard@comcast.net,
               dabsheppardlaw@comcast.net;G22576@notify.cincompass.com
              James P Sheppard    on behalf of Debtor William Paul Myers jamespsheppard@comcast.net,
               dabsheppardlaw@comcast.net;G22576@notify.cincompass.com
              Joshua I Goldman    on behalf of Creditor   The Bank of New York Mellon Trust Company, Et Al...
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Thomas I Puleo    on behalf of Creditor   The Bank of New York Mellon Trust Company, Et Al...
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 8

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| WILLIAM PAUL MYERS | : | CASE NO.: 1:13-bk-03949-RNO |
| aka WILLIAM P. MYERS | : | |
| LISA FAYE MYERS | : | |
| aka LISA F. MYERS | : | |
|     Debtors | : | |
| | : | |
| CHARLES J. DeHART, III, TRUSTEE | : | |
|     Movant | : | |
| | : | |
|     Vs. | : | |
| | : | |
| WILLIAM PAUL MYERS | : | |
| aka WILLIAM P. MYERS | : | |
| LISA FAYE MYERS | : | |
| aka LISA F. MYERS | : | |
|     Respondent | : | |

## ORDER

AND NOW, upon consideration of the Trustee's Motion to Require Modification of Plan, and all other matters of record, after hearing held on May 3, 2017, it is

ORDERED that the Motion is GRANTED and the Debtor is ordered to terminate further payments under the plan to Bank of America, N.A. by filing a Modified Plan within thirty (30) days of the date of this Order.

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge
(BI)

Dated: May 3, 2017