```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                          Case No. 13-03949-RNO
William Paul Myers                                              Chapter 13
Lisa Faye Myers
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1        User: CKovach         Page 1 of 1           Date Rcvd: Jul 05, 2017
                            Form ID: pdf010       Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 07, 2017.
db          +William Paul Myers,    3 Scotch Trail,    Fairfield, PA 17320-9719
jdb         +Lisa Faye Myers,    3 Scotch Trail,    Fairfield, PA 17320-9719

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 07, 2017                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 5, 2017 at the address(es) listed below:
              Ann E. Swartz    on behalf of Creditor    Navy Federal Credit Union ASwartz@mwc-law.com,
               ecfmail@mwc-law.com
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James P Sheppard    on behalf of Joint Debtor Lisa Faye Myers jamespsheppard@comcast.net,
               dabsheppardlaw@comcast.net;G22576@notify.cincompass.com
              James P Sheppard    on behalf of Debtor William Paul Myers jamespsheppard@comcast.net,
               dabsheppardlaw@comcast.net;G22576@notify.cincompass.com
              Joshua I Goldman    on behalf of Creditor    The Bank of New York Mellon Trust Company, Et Al...
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Thomas I Puleo    on behalf of Creditor    The Bank of New York Mellon Trust Company, Et Al...
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 BANKRUPTCY |
| **William Paul Myers** | : | |
| aka William P. Myers | : | CASE NO. 1:13-bk-03949 RNO |
| **Lisa Faye Myers** | : | |
| aka Lisa F. Myers | : | |
| | : | |
| **Debtors** | : | |

## ORDER GRANTING MOTION TO AMEND CONFIRMED FOURTH AMENDED CHAPTER 13 PLAN IN ACCORDANCE WITH THE FIFTH AMENDED CHAPTER 13 PLAN

Upon consideration of the *Motion to Modify Confirmed Fourth Amended Chapter 13 Plan* of Debtors, and after notice to creditors, and no objections having been filed thereto, it is ORDERED that the *Motion to Modify Confirmed Fourth Amended Chapter 13 Plan* in accordance with the *Fifth Amended Chapter 13 Plan* is granted.

By the Court,

Dated: July 5, 2017

Robert N. Opel, II, Chief Bankruptcy Judge
(DG)