```
              United States Bankruptcy Court
              Middle District of Pennsylvania
```

In re:                                              Case No. 13-03949-RNO
William Paul Myers                                  Chapter 13
Lisa Faye Myers
        Debtors            **CERTIFICATE OF NOTICE**

```
District/off: 0314-1       User: CKovach        Page 1 of 1        Date Rcvd: Jul 07, 2017
                           Form ID: pdf010      Total Noticed: 1
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 09, 2017.
db/jdb        +William Paul Myers,   Lisa Faye Myers,   3 Scotch Trail,   Fairfield, PA 17320-9719

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                               TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 7, 2017 at the address(es) listed below:
          Ann E. Swartz   on behalf of Creditor   Navy Federal Credit Union ASwartz@mwc-law.com,
           ecfmail@mwc-law.com
          Charles J. DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
          James P Sheppard   on behalf of Joint Debtor Lisa Faye Myers jamespsheppard@comcast.net,
           dabsheppardlaw@comcast.net;G22576@notify.cincompass.com
          James P Sheppard   on behalf of Debtor William Paul Myers jamespsheppard@comcast.net,
           dabsheppardlaw@comcast.net;G22576@notify.cincompass.com
          Joshua I Goldman   on behalf of Creditor   The Bank of New York Mellon Trust Company, Et Al...
           bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Joshua I Goldman   on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Thomas I Puleo   on behalf of Creditor   The Bank of New York Mellon Trust Company, Et Al...
           tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                               TOTAL: 8
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | **CHAPTER 13 BANKRUPTCY** |
| **William Paul Myers** | : | |
| **aka William P. Myers** | : | **CASE NO.   1:13-bk-03949 RNO** |
| **Lisa Faye Myers** | : | |
| **aka Lisa F. Myers** | : | |
| **Debtors** | : | |

## ORDER OF COURT
## PERMITTING INTERIM COMPENSATION

Upon consideration of the Application of James P. Sheppard, Esquire, counsel for the Debtors in

the above matter:

**IT IS HEREBY ORDERED AND DECREED** that the Application for Interim Compensation

is approved, and the attorney fees of $2,075.00, paralegal services fees of $487.50, and costs of $62.00

are approved.  The total of fees and costs is $2,624.50, for the time period of July 29, 2016 through June

12, 2017. The $2,624.50 balance for fees and costs shall be paid by the Trustee from the Plan proceeds.

By the Court,

_Robert N. Opel, II_

Robert N. Opel, II, Chief Bankruptcy Judge

(BI)

Dated: July 7, 2017