```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                              Case No. 13-03949-HWV
William Paul Myers                                                  Chapter 13
Lisa Faye Myers
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: CKovach      Page 1 of 1      Date Rcvd: Mar 19, 2019
                       Form ID: fnldec     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2019.
db/jdb       +William Paul Myers,   Lisa Faye Myers,   3 Scotch Trail,   Fairfield, PA 17320-9719

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                  TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2019                                          Signature:  <u>/s/Joseph Speetjens</u>

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2019 at the address(es) listed below:
           Ann E. Swartz    on behalf of Creditor   Navy Federal Credit Union ecfmail@mwc-law.com,
            ecfmail@ecf.courtdrive.com
           Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
           James P Sheppard    on behalf of Debtor 2 Lisa Faye Myers jamespsheppard@comcast.net,
            dabsheppardlaw@comcast.net;G22576@notify.cincompass.com
           James P Sheppard    on behalf of Debtor 1 William Paul Myers jamespsheppard@comcast.net,
            dabsheppardlaw@comcast.net;G22576@notify.cincompass.com
           Joshua I Goldman    on behalf of Creditor   The Bank of New York Mellon Trust Company, Et Al...
            bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
           Joshua I Goldman    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
            bkgroup@kmllawgroup.com
           Thomas I Puleo    on behalf of Creditor   The Bank of New York Mellon Trust Company, Et Al...
            tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
           United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                              TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| William Paul Myers, aka William P. Myers, | Chapter 13 |
| **Debtor 1** | Case No. 1:13−bk−03949−HWV |
| Lisa Faye Myers, aka Lisa F. Myers, | |
| **Debtor 2** | |

Social Security No.:
xxx−xx−8383    xxx−xx−9881

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: March 19, 2019

By the Court,

Honorable Henry W. Van Eck
United States Bankruptcy Judge
By: CKovach, Deputy Clerk

**fnldec** (05/18)